UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>v.<br>ADAM ENDEL, *et al.*,<br>　　　　　Defendants. | Case No. 3:16-cv-00143-MMD-CBC<br><br><br><br><br>*and related cases* |
| DARIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>v.<br>BRIAN SANDOVAL, *et al.*,<br>　　　　　Defendants. | Case No. 3:16-cv-00276-MMD-CBC<br><br><br><br><br>*and* |
| DARIO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>v.<br>UNITED STATES SENATE, *et al.*,<br>　　　　　Defendants. | Case No. 3:16-cv-00609-MMD-CBC<br><br><br>ORDER |

The Court screened Plaintiff's second amended civil rights complaint on October 19, 2018, and permitted some of the claims to proceed while dismissing others. (ECF No. 30 at 11-13.) The Court subsequently denied Plaintiff's motion for reconsideration. (ECF No. 35.) Plaintiff recently filed a document titled "Motion for Further Review-Objection to Reconsideration" ("Second Reconsideration Motion"). (ECF No. 55.) The Court denies Plaintiff's Second Reconsideration Motion, which appears to be an attempt to reargue the

dismissal of the claims in his second amended complaint.[1] The Court will not entertain repeated motions for reconsideration of its order.

It is therefore ordered that Plaintiff's motion for further review (ECF No. 55) is denied.

It is further ordered that Defendants' motion for further instruction (ECF No. 56) is denied as moot.

DATED THIS 6th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1]The Court notes that the Second Reconsideration Motion is confusing in part as it incorrectly refers to this action as seeking habeas relief under 28 U.S.C. § 2254 (ECF No. 55 at 1).

2