UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARIO RODRIGUEZ, | ) | 3:16-CV-0143-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 6, 2020 |
| ADAM ENDEL, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time (ECF No. 107) is **GRANTED**. Plaintiff shall have to and including **Friday, February 21, 2020** to file an opposition to defendants' motion for summary judgment (ECF No. 101). **No further extensions of time will be granted**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>    /s/    </u>
Deputy Clerk